**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7635**

RICKY D. NELSON,

> Plaintiff - Appellant,

> v.

KAREN D. BROWN, Chairman of the Parole Board of Virginia
"DOC"; HAROLD W. CLARKE, Director of VDOC,

> Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.    Arenda L. Wright Allen,
District Judge.  (2:15-cv-00285-AWA-LRL)

Submitted:  February 17, 2016      Decided:  February 24, 2016

Before NIEMEYER, GREGORY, and DIAZ, Circuit Judges.

Dismissed and remanded by unpublished per curiam opinion.

Ricky D. Nelson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricky D. Nelson seeks to appeal the district court's order dismissing his complaint without prejudice to his right to file a petition for a writ of habeas corpus or an amended complaint. This court may exercise jurisdiction only over final orders of the district court, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Nelson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. See Goode v. Central Va. Legal Aid, 807 F.3d 619 (4th Cir. 2015). Accordingly, we deny Nelson's motion to appoint counsel, dismiss the appeal for lack of jurisdiction, and remand the case to the district court with instructions to allow Nelson to file an amended complaint or petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED AND REMANDED